NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3032

IRENE M. MOORE,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in DC0752080462-I-1.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Irene M. Moore moves for reconsideration of the court's January 16, 2009 order revising the official caption to designate the Merit Systems Protection Board as respondent.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

**MAR 13 2009**

_____

Date

cc: Irene M. Moore
    Joyce Friedman, Esq.
    Tara J. Kilfoyle, Esq.

s20

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 13 2009

JAN HORBALY
CLERK

2009-3032             2